1154



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTERN BULK PTE LTD.,                              :

                              Plaintiff,            :

                    - against -                     :

                                                    :
SHANDONG METALLURGICAL RESOURCES :
CO. LTD., SHANDONG WANBAO GROUP CO. :
LTD, a/k/a SHANDONG WANBAO TRADING :
CO., LTD. and RIZHAO TONGTAI TRADING :
CO., LTD.,                                          :

                                                    :
                              Defendants.           :
------------------------------------------------------------X

07 CV 6203

**FED. R. CIV. PRO. 7.1**
**DISCLOSURE STATEMENT**

**ECF CASE**


RECEIVED
JUL 0 3 2007
U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff, WESTERN BULK PTE LTD., certifies upon information and belief

that the following are corporate parents(s) and/or any publicly held corporation(s) that owns 10%

or more of its stock:    WESTERN BULK AS – corporate parent

Dated: July 3, 2007
       New York, NY

                                        The Plaintiff,
                                        WESTERN BULK PTE LTD.

                              By: _____
                                        Kevin J. Lennon (KL 5072)
                                        Patrick F. Lennon (PL 2162)
                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        kjl@lenmur.com
                                        pfl@lenmur.com