1154

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WESTERN BULK  PTE LTD.,                          :          07 CV _6203_ (WHP)(DFE)

          Plaintiff,                                  :          **ECF CASE**

      - against -                                      :

SHANDONG METALLURGICAL RESOURCES  :
CO. LTD., SHANDONG WANBAO GROUP CO.  :
LTD, a/k/a SHANDONG WANBAO TRADING     :
CO., LTD. and RIZHAO TONGTAI TRADING    :
CO., LTD.,                                                       :
                                                                         :
          Defendants.                              :
-------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut   )
                 )        ss: SOUTHPORT
County of Fairfield       )

      Kevin J. Lennon , being duly sworn, deposes and says:

      1.     I am a member of the Bar of this Court and represent the Plaintiff herein.  I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the

Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### DEFENDANTS ARE NOT PRESENT IN THIS DISTRICT

      2.  I have attempted to locate the Defendants,  within this District.  As part of my

investigation to locate the Defendants SHANDONG METALLURGICAL RESOURCES CO.

LTD., SHANDONG WANBAO GROUP CO. LTD, a/k/a SHANDONG WANBAO TRADING

CO., LTD. and RIZHAO TONGTAI TRADING CO., LTD. within this District, I checked the

telephone company information directory, as well as the white and yellow pages for New York

1

listed on the Internet or World Wide Web, and did not find any listing for these Defendants.

Finally, I checked the New York State Department of Corporations' online database which

showed no listing or registration for these Defendants. I was also unable to find any information

to indicate that either Defendant has a general or managing agent within this District.

3.    I did locate a website believed to be operated by the Defendant SHANDONG

WANBAO GROUP CO. LTD, a/k/a SHANDONG WANBAO TRADING CO., LTD. hosted at

www.sdwanbao.cn. However, this website does not show any presence for any of the

Defendants within District.

4.    I submit based on the foregoing that these Defendants cannot be found within this

District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claim.

5.    Upon information and belief, the Defendants have, or will have during the

pendency of this action, tangible and intangible property within this District and subject to the

jurisdiction of this Court, held in the hands of in the hands of garnishees within this District,

which are believed to be due and owing to the Defendants.

6.    This is Plaintiff's first request for this relief made to any Court.

## PRAYER FOR RELIEF FOR ORDER ALLOWING SPECIAL PROCESS SERVER

7.    Plaintiff seeks an Order pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure, for an Order appointing the undersigned, Patrick F. Lennon, Charles E. Murphy,

Nancy Peterson or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon,

LLC be and is hereby appointed, in addition to the United States Marshal, to serve the Process of

Maritime Attachment and Garnishment and the Verified Complaint, together with any

interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon

2

information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, the Defendants.

8.      Plaintiff seeks to serve the prayed for Process of Maritime Attachment and Garnishment with all deliberate speed so that it may be fully protected against the potential of being unable to satisfy a judgment ultimately obtained by Plaintiff and entered against the Defendants.

9.      To the extent that this application for an Order appointing a special process server with respect to this attachment and garnishment does not involve a restraint of physical property, there is no need to require that the service be effected by the Marshal as it involves simple delivery of the Process of Maritime Attachment and Garnishment to the various garnishes to be identified in the writ.

### PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

10.     Plaintiff also respectfully requests that the Court grant it leave to serve any additional garnishee(s) who may, upon information and belief obtained in the course of this litigation, to be holding, or believed to be holding, property of the Defendants, within this District. Obtaining leave of Court at this time to serve any later identified garnishees will allow for prompt service of the Process of Maritime Attachment and Garnishment without the need to present to the Court amended Process seeking simply to identify other garnishee(s).

### PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

11.     Further, in order to avoid the need to repetitively serve the garnishees/banks, Plaintiff respectfully seeks further leave of the Court, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process

3

is served through the next day, provided that process is served the next day, to authorize service

of process via facsimile or e-mail following initial *in personam* service.

Dated:      July 3, 2007
            Southport, CT

                                           Kevin J. Lennon

Sworn and subscribed to before me
this 3rd day of July, 2007.

NOTARY PUBLIC

4