CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
WESTERN BULK PTE LTD.,                             :
                                                   :
                    Plaintiff,                     :   **07-CV-6203 (WNP)(DFE)**
                                                   :
            v.                                     :   **NOTICE OF**
                                                   :   **APPEARANCE**
SHANDONG METALLURGICAL RESOURCES                   :
CO. LTD., SHANDONG WANBAO GROUP CO.                :
LTD, a/k/a SHANDONG WANBAO TRADING                 :
CO., LTD. and RIZHAO TONGTAI TRADING               :
CO., LTD.,                                         :
                    Defendants.                    :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        July 23, 2007

                        CLARK, ATCHESON & REISERT
                        Attorneys for Garnishee
                        Societe Generale New York Branch

          By:  _____
                        Richard J. Reisert (RR-7118)
                        7800 River Road
                        North Bergen, NJ  07047
                        Tel: (201) 537-1200
                        Fax: (201) 537-1201
                        Email:  reisert@navlaw.com