UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTERN BULK PTE LTD.,                    :     07 CV 6203 (WHP)(DFE)

           Plaintiff,                     :     **ECF CASE**

     - against -                                 :

SHANDONG METALLURGICAL RESOURCES   :
CO. LTD., SHANDONG WANBAO GROUP CO. :
LTD, a/k/a SHANDONG WANBAO TRADING   :
CO., LTD. and RIZHAO TONGTAI TRADING :
CO., LTD.,                                :

           Defendants.                   :
------------------------------------------------------------X

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Supplemental Affidavit of Kevin J. Lennon, sworn to on July 3, 2007, and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon, Nancy R. Peterson, Patrick F. Lennon, Charles E. Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant.

Dated: New York, NY
       July 3, 2007

                                                        _____
                                                               U.S.D.J.