USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/07

# LENNON, MURPHY & LENNON, LLC – Attorneys at Law

| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

September 26, 2007

<u>Via Facsimile (212) 805-6390</u>
Hon. William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

SEP 26 2007

Re:   **Western Bulk PTE LTD. v. Shandong Metallurgical Resources Co. Ltd. et al**
      Docket Number: 07 Civ. 6203
      Our Reference Number: 07-1154

Dear Judge Pauley:

<u>We are attorneys for the Plaintiff, Western Bulk in the above captioned action and we write to request an adjournment of the pre-trial conference scheduled in this matter for Friday, September 28 2007.</u>

Subsequent to the commencement of this maritime attachment, Western Bulk entered into a settlement agreement with Shandong Metallurgical Resources which calls for Shandong Metallurgical to pay an agreed upon sum to Western Bulk over time. We understand from Western Bulk that Shandong Metallurgical has been making its required payments to Western Bulk and that if they continue to do so that the entire settlement will be paid by mid October. Since the settlement was agreed in late July we have <u>not</u> been serving the attachment. However, should Shandong Metallurgical default on its obligations then Western Bulk has the right to seek full recovery of the outstanding debt from Shandong Metallurgical and we would resume service of the attachment.

Given the current status of this matter we respectfully request that your Honor granted An adjournment of the conference until October 26, 2007 when this matter can hopefully be voluntarily dismissed. We are available to discuss this request at your Honor's convenience.

Respectfully submitted,

Kevin J. Lennon

*[Handwritten: Application granted. The conference is adjourned to 10/26/07 at 10:45 a.m.]*

SO ORDERED:

WILLIAM H. PAULEY III  U.S.D.J.
10/1/07

KJL/bhs