UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WESTERN BULK PTE LTD.,                       :

                Plaintiff,         :         07 Civ. 6203 (WHP)

        -against-                              :         ORDER

SHANDONG METALLURGICAL                       :
RESOURCES CO. LTD., SHANDONG
WANBAO GROUP CO. LTD., a/k/a                 :
SHANDONG WANBAO TRADING CO.,
LTD. and RIZHAO TONGTAI TRADING              :
CO., LTD.,
                                               :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby

        ORDERED that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated:    October 25, 2007
               New York, New York

                                            SO ORDERED:

                                           WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record*:

Kevin John Lennon, Esq.
Patrick F. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue
Suite 300
New York, NY 10170
*Counsel for Plaintiff*